UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| Pipe & Piling Supplies,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br><br>　　and<br><br>American Line Pipe Producers Association Trade Committee,<br><br>　　　　　Defendant-Intervenors. | Court No. 24-00211 |

## NOTICE OF APPEAL

    Notice is hereby given that the appellant, Pipe & Piling Supplies, in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the orders entered in this action on September 8, 2025 (ECF Nos. 35 and 36).

                                                Respectfully submitted,

                                                */s/ Alexander H. Schaefer*

                                                Alexander H. Schaefer, Esq.

                                                Crowell & Moring LLP<br>
                                                1001 Pennsylvania Ave., N.W.<br>
                                                Washington, D.C.  20004<br>
                                                Phone number:(202) 624-2500<br>
                                                Email address: aschaefer@crowell.com

November 7, 2024                                      *Counsel for Pipe & Piling Supplies*